No. 02–9921. COOMBS v. MYERS ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–9922. NORTON v. HOLDEN, GOVERNOR OF MISSOURI, ET AL. C. A. 8th Cir. Certiorari denied.

No. 02–9924. BARNHILL v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 02–9925. MEADER v. HATHAWAY, SHERIFF, CADDO PARISH, LOUISIANA, ET AL. Ct. App. La., 2d Cir. Certiorari denied.

No. 02–9926. ROGERS v. TARRANT COUNTY, TEXAS. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 02–9928. SPECHT v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–9929. SONNIER v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 02–9933. CRUTCHER v. HATCHER, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–9935. CHATMON v. EASTON ET AL. C. A. 7th Cir. Certiorari denied.

No. 02–9938. CONTRERAS v. COLLINS ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–9942. COOPER v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–9944. MOORE v. TEXAS. Ct. App. Tex., 11th Dist. Certiorari denied.

No. 02–9958. ROSAS v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–9965. BOYD v. WARD, DIRECTOR, OKLAHOMA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 10th Cir. Certiorari denied.